**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 9, 2007**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-30874

TRAVOR LANCE MABOU, Individually and on Behalf of
ALEX MABOU, on Behalf of KRYSTA MABOU; STACEY MABOU,
Individually and on Behalf of KRISTA BETTEVY; TAYLOR MABOU,

Plaintiffs-Appellants,

versus

GOVERNMENT EMPLOYEES INSURANCE CO.,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Louisiana
Case No. 1:05-CV-2090

Before JONES, Chief Judge, and REAVLEY and SMITH, Circuit Judges.

PER CURIAM:[*]

The court has considered Appellants' position in light of oral argument, the briefs, and pertinent portions of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

**AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.